[No. 4883–1. Division One. April 10, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. DWAIN CLARK COURTNEY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 7767, John E. Rutter, Jr., J., entered July 2, 1976. *Affirmed* by unpublished opinion per Williams, J., concurred in by James and Ringold, JJ.

[No. 5048–1. Division One. April 10, 1978.]

SHELL OIL COMPANY, *Appellant,* v. MARIE V. KEATES, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 36628, Harry A. Follman, J., entered September 16, 1976. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow and Ringold, JJ.

[No. 2583–2. Division Two. April 10, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. MILDRED BASSETT, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 46424, Stanley W. Worswick, J., entered September 16, 1976. *Affirmed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Petrie, J.